

# NUMBER 13-14-00087-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROSS ALLEN HARTWELL,**                                  **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                      **Appellee.**

---

### On appeal from the 390th District Court
### of Travis County, Texas.

---

# ORDER

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's pro se motion to reinstate motion for rehearing. We denied appellant's motion for rehearing because it violated the prohibition against hybrid representation. On August 22, 2015, appellant filed this motion asserting that he was not represented by counsel at the time he filed his original motion. Because the status of appellant's representation is unclear from the record, we GRANT appellant's

motion to reinstate and withdraw our prior disposition of July 30, 2015. After considering appellant's motion for rehearing on the merits, it is DENIED.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the 3rd
day of September, 2015.